# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
    v.  ) CR.S 02-170 FCD
      )
WAYNE F. DENSON  )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( X ) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee:     Wayne F. Denson

Detained at (custodian):     CSP Sacramento (New Folsom)

Detainee is: a.) ( X ) charged in this district by:
    ( X ) Indictment      ( ) Information      ( ) Complaint
    Charging Detainee With:    violation of supervised release

or    b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
   or   b.) ( X ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* __FORTHWITH__ *in the Eastern District of California.*

Signature: /s/ Russell L. Carlberg
Printed Name & Phone No: AUSA RUSSELL L. CARLBERG, 916-554-2748
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
( X ) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, __FORTHWITH__ and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

December 4, 2007
Date                                                    United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X   Female | |
| Booking or CDC #: | F86931 | DOB: | 1946 |
| Facility Address: | Box 290066 | Race: | |
| | Represa CA. 95671 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | unauthorized use of personal info to obtain credit, | | |

## RETURN OF SERVICE

Executed on _____ by _____  _____
                                                                                                 (Signature)