

FILED

DEC 1 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,                    CR.S-02-0170-FCD

13  vs.

14  WAYNE F. DENSON,                      DETENTION ORDER
                                          (Violation of Pretrial Release, Probation or
15          Defendant.                    Supervised Release)
    _____/

16

17  ____    After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the
            court finds:

18  ⨯       There is probable cause to believe the person has committed a federal, state
            or local crime while on release and the defendant has not rebutted the
19          presumption that his release will endanger another or the community or

20  ⨯       There is clear and convincing evidence that the defendant has violated
            another condition of release and

21

22  ____    based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or
            combination of conditions of release that will assure that the defendant will
23          not flee or pose a danger to the safety of another person or the community or

    ⨯       the person is unlikely to abide by any condition or combination of conditions
24          of release.  F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

25  ____    Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of
            probation or supervised release) the court finds defendant has not met his
26          burden of establishing by clear and convincing evidence that he will not flee
            or pose a danger to another person or to the community.

1        IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the
2   custody of the Attorney General for confinement in a corrections facility separate, to the extent
    practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
3   The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
    Upon further order of a court of the United States or request of an attorney for the United States the
4   person in charge of the corrections facility in which defendant is confined shall deliver defendant
    to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6

7   Dated: *12-17-07*

        EDMUND F. BRENNAN,
        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DetentionOrder(VPR).wpd                          2